UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUANITA HAYES,

   Plaintiff,

-vs-                                      CASE NO.:  8:16-CV-01971-JDW-AEP

COMENITY LLC,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JUANITA HAYES, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JUANITA HAYES, and Defendants, COMENITY LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by via E-Filing this 29th day of November, 2016 to all parties of record.

                                                    /s/ Shaughn C. Hill
                                                       Shaughn C. Hill, Esquire
                                                       Morgan & Morgan, Tampa, P.A.
                                                       One Tampa City Center
                                                       Tampa, FL 33602
                                                       Tele:  (813) 223-5505
                                                       Fax:  (813) 223-5402
                                                       shill@forthepeople.com
                                                       Florida Bar #:  0105998
                                                       Attorney for Plaintiff